**Wade B. COOK, an individual, Plaintiff–Appellant– Cross–Appellee,**

v.

**Anthony ROBBINS, an individual; Robbins Research International, Inc., a Nevada corporation; and Charles Mellon, an individual, Defendants–Appellees–Cross–Appellants.**

**Nos. 98–36242, 99–35141.**

United States Court of Appeals, Ninth Circuit.

Jan. 22, 2001.

Before: B. FLETCHER and TASHIMA, Circuit Judges, and DUPLANTIER, District Judge.*

## ORDER

The parties having jointly informed the court that this action has been settled, the opinion, filed on November 16, 2000, in *Cook v. Robbins*, 232 F.3d 736 (9th Cir.

---

* The Honorable Adrian G. Duplantier, Senior United States District Judge for the Eastern District of Louisiana, sitting by designation.

---

2000), is WITHDRAWN and this appeal is DISMISSED. *See Independent Union of Flight Attendants v. Pan American World Airways,* 966 F.2d 457, 459 (9th Cir.1992) (holding that appeal should be dismissed when it becomes moot prior to issuance of mandate). Upon the issuance of the mandate, the district court shall withdraw its decision and enter its judgment in accordance with the terms of the settlement agreement.

The mandate shall issue forthwith.